UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| Brandon S. Hoefer,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NuDak Ventures, LLC d/b/a NuCara,<br><br>　　　　Defendants. | Case No. 1:23-cv-00104-MAR<br><br>PLAINTIFF'S MOTION FOR LEAVE TO AMEND PETITION AT LAW (UNRESISTED) |

COMES NOW the Plaintiff, by and through his attorney, and pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15, states as follows:

1. On October 20, 2023, the Plaintiff filed a Petition at Law in the Iowa District Court in and for Grundy County.

2. On November 27, 2023, the Defendant, NuDak Ventures, LLC, d/b/a NuCara, filed a Notice of Removal, removing the case to this Court pursuant to 28 U.S.C. §1446(b) and Fed. R. Civ. P. 6(a)(1)(c).

3. On December 4, 2023, Defendant filed an Answer.

4. It has come to the attention of the undersigned that the Plaintiff was employed by both NuDak Ventures, LLC and PM Acquisition, LC during the period relevant to this case.

5. Given this fact, the Plaintiff moves to add PM Acquisition, LC, as a party defendant.

6. The undersigned has conferred with counsel for Defendant NuDak Ventures, LLC, d/b/a NuCara, and opposing counsel has no objection to the Plaintiff's Motion for Leave to Amend Petition at Law.

1

7. Attached hereto is the Plaintiff's First Amended Petition at Law for which the Plaintiff seeks leave of the Court to file and substitute for the Plaintiff's original Petition at Law.

WHEREFORE, the Plaintiff respectfully requests requests that this Court grant Plaintiff leave to amend his Petition at Law to add PM Acquisition, LC, as a Defendant, as set forth in the First Amended Petition at Law; that Plaintiff be allowed to substitute the attached First Amended Petition at Law for Plaintiff's Petition at Law as originally filed in the Iowa District Court in and for Grundy County, Iowa on October 20, 2023 and in this Court on November 27, 2023; and for such other relief as the Court deems just and equitable in the premises.

Respectfully submitted,

BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
Attorney for Plaintiff
620 Lafayette Street, Suite 300
P.O. Box 178
Waterloo, IA 50704
Phone: (319) 234-1766
Fax: (319) 234-1225
Email: lsmith@beecherlaw.com

By _____
Lynn M. Smith      AT0007374